JJ., who dissented upon the ground that the evidence is insufficient to sustain the verdict.

Winfield S. Kenyon, Respondent, v. Thomas H. Griffin, Appellant.— Interlocutory judgment affirmed, with costs. All concurred.

Alice C. Snyder, Respondent, v. Mary E. Kinon, as Administratrix, etc., of Michael Donovan, Deceased, Appellant.— Judgment affirmed, with costs. All concurred.

New York Central and Hudson River Railroad Company, Appellant, v. Frank J. Moore, Respondent.— Order affirmed, with costs. All concurred, except Kruse, J., not sitting.

George Maue, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Spring and Robson, JJ., who dissented.

Louis A. Daly, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., not sitting.

Edward L. Hoffman, Respondent, v. The Lake Shore and Michigan Southern Railway Company, Appellant.— Judgment of Special Term and of Buffalo Municipal Court reversed and new trial ordered in said Municipal Court, with costs in all courts to abide event. New trial to be had on Tuesday, February second, at ten o'clock in the forenoon. Held, that there is no evidence to support the finding that the plaintiff sustained damages to the amount of twenty-five dollars. All concurred, except Robson, J., who dissented, and Kruse, J., not sitting.

The People of the State of New York ex rel. Frank B. Chapman, Relator, v. Frank Pye and Others, Constituting the Board of Trustees of the Village of Charlotte, Respondents.— Ordered, that the issue of fact raised herein as to whether A. Guy Hirsch was authorized to appear for and represent the said relator at the hearing before the board or to accept service of notice of such hearing, be referred to Ernest B. Millard, Esq., to take the proofs thereon and return the same to this court together with his opinion thereon.

Joseph H. McNeil, Plaintiff, v. Rochester Telephone Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred, except Kruse, J., not sitting.

Hannah McGee, as Sole Administratrix, etc., of Patrick McGee, Deceased, Respondent, v. The Town of West Seneca, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., not sitting.

Henrietta Cross, Respondent, v. The City of Syracuse, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Paine & Williams, Incorporated, and Frank Stevenson, Respondents, v. Pennsylvania Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.

Schoeffel Auto and Livery Company, Respondent, v. Josephine Marks, Appellant.— Judgment affirmed, with costs. All concurred.